IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELBERT R. SMITH, JR., *et al.*,     *
                                    *
      Plaintiffs,                   *
                                    *
vs.                                 *     Civil Action No. 05-00331-BH-B
                                    *
SCALES EXPRESS, INC.,               *
                                    *
      Defendant.                    *

<u>ORDER</u>

      This matter is before the Court on Defendant Scales Express,
Inc.'s Motion to Quash and/or Motion for Protective Order (Doc.
31).  In the motion, Defendant seeks an order quashing a subpoena
issued to non-party Transportation Coverage Specialists, Inc.,
located in New York, New York, for the production of various
records involving employees of Defendant Scales Express, Inc.  A
review of Defendant's briefs, Plaintiffs' response in opposition,
and the subpoena at issue reflects that the subpoena issued out of
the Eastern District of New York, and that the non-party is located
in the Eastern District of New York, which is outside of this
judicial jurisdiction.  Rule 45(a)(2) of the Federal Rules of Civil
Procedure provides that, "If separate from a subpoena commanding
the attendance of a person, a subpoena for production or inspection
shall issue from the court for the district in which the production
or inspection is to be made."  The rule further provides that,
"Failure by any person without adequate excuse to obey a subpoena

served upon that person may be deemed a contempt of court from which the subpoena issued." Fed.R.Civ.P. 45(e).  Given that non-party Transportation Coverage Specialists, Inc. is located in New York, and that the subpoena issued out of the Eastern District of New York, it follows that the court in whose name the subpoena is issued is responsible for its enforcement.  Accordingly, Defendant's Motion to Quash is **DENIED**.

The Clerk is directed to serve a copy of this Order on the parties, as well as non-party Transportation Coverage Specialists, Inc.

Done this **27**$^{\text{TH}}$ day of **December, 2005**.

**/s/ SONJA F. BIVINS**
**UNITED STATES MAGISTRATE JUDGE**

2