**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ELBERT SMITH, JR., and <br> THERESA SMITH | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Case No.: 05-331-BH-B |
| SCALES EXPRESS, INC., et al | ) <br> ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SCALES EXPRESS, INC. and <br> LINCOLN GENERAL INSURANCE <br> COMPANY | ) <br> ) <br> ) <br> ) | |
| Plaintiffs | ) <br> ) | |
| v. | ) <br> ) | Civil Case No.: 05-719-BH-B |
| ELBERT SMITH, JR., et al | ) <br> ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court regarding the above styled cases. In case number 05-719, Scales Express, Inc. (hereinafter, "Scales") has, along with its insurer, Lincoln General Insurance Company (hereinafter, "Lincoln General") filed a Complaint in Interpleader. Pursuant to their Complaint in Interpleader, Scales and Lincoln General have filed a Motion (Doc. 34) to Stay proceedings in case number 05-331 in which they are defendants. In response to Scales and Lincoln's Motion to Stay, Elbert and Theresa Smith (hereinafter, "the Smiths"), plaintiffs in action 05-331, have raised issues the Court feels need to be resolved.

Based on the Smiths' pleadings (Doc. 42), it does not seem that Scales, as the alleged

tortfeasor in the automobile accident underlying both cases, is entitled to be joined as a Plaintiff in the Complaint for Interpleader.  Therefore, Scales and Lincoln are **hereby ORDERED to SHOW CAUSE on or before January 26, 2006** as to why the Court should not either dismiss their Complaint for Interpleader (case number 05-719) or require that it be amended so that only Lincoln is a named Plaintiff.    Furthermore, the Smiths contend that because Scales should not be included as a plaintiff in the interpleader action, Scales and Lincoln's Motion to Stay proceedings in case number 05-331 should be denied.  Scales and Lincoln are **hereby ORDERED to SHOW CAUSE on or before January 26, 2006** as to why their Motion (Doc. 34) to Stay should not be denied.

**So ORDERED**, this 10th day of January, 2006.

                                                             s/ W. B. Hand  
                                          SENIOR DISTRICT JUDGE