# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ELBERT SMITH, JR., and THERESA SMITH ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Case No.: 05-331-BH-B |
| SCALES EXPRESS, INC., et al ) ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Defendant Scales Express, Inc.'s (hereinafter, "Scales") Motion (Doc. 34) to Stay. The parties have briefed this issue and appeared before the Court on February 23, 2006 for a hearing on this motion. Based on the arguments and pleadings of the parties, the Court finds that Defendant Scales's Motion to Stay is **due to be and hereby DENIED**. Though Defendant Scales is insured by Lincoln General Insurance Company (hereinafter, "Lincoln General"), they are not a party to Lincoln General's interpleader action, nor is Lincoln General a named defendant in the instant action. At this point, Plaintiffs have not made a claim on, nor sought to satisfy a judgment with, the funds deposited by Lincoln General as part of its interpleader action. Therefore, the Court does not find that staying this matter in light of the interpleader action would be appropriate at this time.

**So ORDERED**, this 1st day of March, 2006.

                                                                 s/ W. B. Hand
                                               SENIOR DISTRICT JUDGE